

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DOVENMUEHLE MORTGAGE, INC., FANNIE MAE, and NEXBANK, SSB, | § | |
| | § | No. 08-19-00278-CV |
| Appellants, | § | Appeal from the |
| v. | § | |
| | § | County Court at Law No. 6 |
| PETER LABRADO and ROSEMARY LABRADO, | § | of El Paso County, Texas |
| Appellees. | § | (TC# 2018DCV4757) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the Appellants' motion to lift the abatement and voluntarily dismissal this appeal and concludes the motion should be granted and the abatement is hereby lifted and the appeal should be dismissed. We therefore dismiss the appeal. We further order Appellants pay all costs of this appeal, and this decision be certified below for observance.

IT IS SO ORDERED THIS 31ST DAY OF MARCH, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.